■ OSCAR GOMEZ et al., Respondents, v L-3 COMMUNICATIONS CORPORATION, Appellant. [880 NYS2d 478]—Appeal from an order, Supreme Court, New York County (Louis B. York, J.), entered June 21, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Sweeny, Moskowitz, Acosta and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH KIDD, Appellant. [881 NYS2d 359]—Judgment, Supreme Court, New York County (Laura Ward, J.), rendered on or about June 28, 2007, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Sweeny, Moskowitz, Acosta and Richter, JJ.